**This order is SIGNED.**

**Dated: August 16, 2022**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

slo

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>LEONARDO CASTILLO SANTOS,<br><br>Debtor. | Bankruptcy Number: 22-22021<br><br>Chapter 7<br><br>Hon. Kevin R. Anderson |

### ORDER OF DISMISSAL

Leonardo Castillo Santos, the Debtor, filed a voluntary chapter 7 petition on May 31, 2022. On July 5, 2022 the Chapter 7 Trustee filed a Motion to Dismiss/Chapter 7 Section 341 Meeting Report ("Trustee's Motion") indicating that the Debtor failed to appear at the meeting of creditors scheduled for June 28, 2022. *See Docket No. 13*. On July 29, 2022 the United States Trustee filed Adversary Proceeding No. 22-02069 against Cibell Morales and CJ Pro-Services, LLC.

Pursuant to Local Bankruptcy Rule 2003-1(a)(3), the debtor must file an objection to the Trustee's motion to dismiss within 21 days and set the objection for a hearing. In this case, no objection to the Trustee's Motion is on file and more than 21 days have passed. Therefore, the case should be dismissed. Based on the foregoing and for good cause appearing, the Court **HEREBY ORDERS**:

1. The above-captioned bankruptcy case is dismissed.

2. Nonetheless, the Court retains jurisdiction over Adversary Proceeding No. 22-02069, *United States Trustee v. Cibell Morales and CJ Pro-Services, LLC*.

-----------------------------------END OF DOCUMENT-------------------------------------

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER OF DISMISSAL** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

- George B. Hofmann tr    trustee@ck.law, mparks@ck.law;UT16@ecfcbis.com;gbh@trustesolutions.net
- David W. Newman tr    david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Leonardo Castillo Santos
3775 South 400 East
South Salt Lake, UT 84115